UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANNY ANTONIO PASTRANA,

    Plaintiff,

v.                                                Case No: 5:24-cv-161-TJC-PRL

CARRINGTON MORTGAGE
SERVICES, LLC,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's motion to compel Defendant to respond to discovery requests and to produce the original promissory note. (Doc. 27).[1] However, on July 30, 2024, the Court ordered that "[d]iscovery and other deadlines . . . are **stayed** until further order." (Doc. 20 at 3). The Court has not lifted that stay. Accordingly, Plaintiff's motion to compel (Doc. 27) is due to be **DENIED.**

**DONE** and **ORDERED** in Ocala, Florida on October 21, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] According to Defendant, the original note was filed with the state court on October 19, 2023. (Doc. 1 at 188; Doc. 7-7).